**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

FG HOLDINGS IRREVOCABLE TRUST, by
and through its Trustee, MARKARABEE
FIELDS,

        Plaintiff,

    v.

MR. COOPER d/b/a NATIONSTAR
MORTGAGE LLC, RUBIN LUBLIN LLC,

        Defendants.

CIVIL ACTION NO.: 4:26-cv-16

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 22, 2026, Report and Recommendation, (doc. 12), to which no party has filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 12.) Defendants' Motions to Dismiss are each **GRANTED**, in part, and **DISMISSED**, in part, as moot. (Docs. 7 & 9). Defendant Cooper's Motion to Stay is **DISMISSED** as moot. (Doc. 10.) Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. (Doc. 1-2.) The Clerk is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED**, this 19th day of May, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA