AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

FG HOLDINGS IRREVOCABLE TRUST,
by and through its Trustee,
MARKARABEE FIELDS,

       Plaintiff,

   **v.**

MR. COOPER d/b/a NATIONSTAR
MORTGAGE LLC, RUBIN LUBLIN LLC,

       Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:   4:26-cv-16

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's May 19, 2026 Order adopting the Magistrate Judge's Report and Recommendation as its opinion, Plaintiff's Amended Complaint is dismissed without prejudice. This case stands closed.



5/19/2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020